IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01779-DDD-SKC

SARA M. ROGERS,

    Plaintiff,

v.

THOMAS J. VILSACK, in his official capacity as Secretary of the Un-tied States Department of Agriculture; and
ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Defendants' Motion to Life Stay and Dismiss as Moot, filed on March 27, 2023, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Thomas J. Vilsack and Zach Ducheneaux, and against Plaintiff, Sara M. Rogers, on Defendants' Motion to Life Stay and Dismiss as Moot. It is further

ORDERED that plaintiff's complaint and action are dismissed because the Court lacks jurisdiction.

DATED at Denver, Colorado this 27th day of March, 2023.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk