David C. McDonald
Erin M. Erhardt
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
dmcdonald@mslegal.org
eerhardt@mslegal.org

*Attorneys for Plaintiff Sara M. Rogers*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| SARA M. ROGERS,<br><br>    *Plaintiff*,<br><br>    v.<br><br>THOMAS J, VILSACK, in his official capacity as Secretary of the United States Department of Agriculture; and ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency,<br><br>    *Defendants*. | Case No. 21-CV-01779-DDD-SKC<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiff Sara M. Rogers appeals to the U.S. Court of Appeals for the Tenth Circuit from this Court's Order granting Defendants' Motion to Lift Stay and Dismiss as Moot (ECF No. 041), dated and entered March 27, 2023 (ECF No. 046). Plaintiff Rogers also hereby appeals all prior orders and decisions that merge into that Order.

Dated: <u>April 13, 2023</u>.

                                                         Respectfully submitted,

                                                         <u>/s/ David C. McDonald</u>
                                                         David C. McDonald, CO Bar No. 53709
                                                         Erin M. Erhardt, CO Bar No. 49360
                                                         Mountain States Legal Foundation
                                                         2596 S. Lewis Way
                                                         Lakewood, Colorado 80227
                                                         Telephone: (303) 292-2021
                                                         Facsimile: (303) 292-1980
                                                         dmcdonald@mslegal.org
                                                         eerhardt@mslegal.org

                                                         *Attorneys for Plaintiff Sara M. Rogers*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record of this matter.

*/s/ David C. McDonald*
David C. McDonald
